UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
MARTA HANYZKIEWICZ, on behalf of herself and
all others similarly situated,

                              Plaintiff,

Civil Action No:
1:22-cv-3481

  -v.-
WEAL MANAGEMENT NY, LLC

                              Defendants.
----------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 2, 2022

| For Plaintiff Marta Hanyzkiewicz | For Defendant Weal Management NY, LLC |
|---|---|
| *s/ Mark Rozenberg* <br> Mark Rozenberg <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: 201-282-6500 <br> mrozenberg@steinsakslegal.com | *s/Kara Hilburger* <br> Kara Hilburger <br> Octillo Law, PLLC <br> 420 Main Street Ste 1110 <br> Buffalo, NY 14202 <br> Ph: 716-898-2102 <br> khilburger@octillowlaw.com |

## CERTIFICATE OF SERVICE

I certify that on November 2, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ Mark Rozenberg*
                                            Mark Rozenberg
                                            **Stein Saks, PLLC**
                                            *Attorneys for Plaintiff*